**DISMISS and Opinion Filed March 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00766-CV**

## IN THE INTEREST OF D.C.S., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-52388-04**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Whitehill

Appellant's brief has not been filed despite appellant being cautioned, by postcard dated January 2, 2019, that failure to file the brief by January 14, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1); 42.3(b), (c).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

180766F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF D.C.S., A CHILD

No. 05-18-00766-CV

On Appeal from the 469th Judicial District Court, Collin County, Texas
Trial Court Cause No. 469-52388-04.
Opinion delivered by Justice Whitehill.
Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee JILL D. SUTTON recover her costs, if any, of this appeal from appellant DENNIS SUTTON.

Judgment entered March 5, 2019.